UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| CHERYL BESSER, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>CONSUMERS CREDIT UNION,<br><br>   Defendant. | Case No. 1:13-cv-237<br>Honorable Paul L. Maloney<br><br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

| | |
|---|---|
| Daniel O. Myers (P49250)<br>THE LAW OFFICE OF DANIEL O. MYERS<br>Attorneys for Plaintiff<br>100 Park Street<br>Traverse City, MI 49684<br>(231) 929-0500<br>dmyers@domlawoffice.com<br><br>R. Bruce Carlson (admission pending)<br>CARLSON LYNCH LTD.<br>Attorneys for Plaintiff<br>PNC Park, Suite 210<br>115 Federal Street<br>Pittsburgh, PA 15212<br>(412) 322-9243 | Ronald G. DeWaard (P44117)<br>Brion B. Doyle (P67870)<br>VARNUM LLP<br>Attorneys for Defendant<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>rgdewaard@varnumlaw.com<br>bbdoyle@varnumlaw.com |

   Plaintiff and Defendant, through their undersigned counsel, stipulate that the time for Defendant to respond to Plaintiff's Complaint shall be extended to July 1, 2013, due to a death in the family for counsel for Defendant.

Date: June 24, 2013             Date: June 24, 2013

THE LAW OFFICE OF DANIEL O. MYERS     VARNUM LLP
Attorneys for Plaintiff                  Attorneys for Defendant

By: /s/ Daniel O. Myers            By: /s/ Brion B. Doyle
     Daniel O. Myers (P49250)           Brion B. Doyle (P67870)
     dmyers@domlawoffice.com           bbdoyle@varnumlaw.com

## **ORDER**

**IT IS SO ORDERED.**

Date: June 25, 2013             /s/ Joseph G. Scoville

                                                    United States Magistrate Judge