**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHERYL BESSER, individually and on behalf of
all others similarly situated,

                 Plaintiff,

    v.

CONSUMERS CREDIT UNION,

                 Defendant.

Case No.  1:13-cv-00237-JTN

## STIPULATION OF DISMISSAL

Plaintiff Cheryl Besser ("Plaintiff"), and Defendant Consumers Credit Union
("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P.
41(a)(1)(A) and Fed. R. Civ. P. 23(e), hereby stipulate to the dismissal of this action, with
prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of any alleged
class members.  No class has been certified in this action.  Accordingly, class notice and Court
approval of the settlement are not required under Fed R. Civ. P. 23(e).

In accordance with the terms of their Settlement Agreement, the parties request that the
Court dismiss with prejudice Plaintiff's individual claims and dismiss without prejudice the
claims of any alleged class members.

By:  **DANIEL O. MYERS, ESQ.**

    */s/ Daniel O. Myers*
    Daniel O. Myers
    dmyers@domlawoffice.com
    100 Park St.
    Traverse City, MI  49684
    Telephone:  231-929-0500
    *Attorneys for Plaintiff*
    *Cheryl Besser*

By:  **STRASBURGER & PRICE, LLP.**

    */s/ Brion B. Doyle*
    Brion B. Doyle
    Varnum LLP
    333 Bridge Street NW
    Grand Rapids, MI 49504
    Email: bbdoyle@varnumlaw.com
    Phone:  616-336-6000
    Fax:     616-336-7000
    *Attorneys for Defendant*
    *Consumers Credit Union*